UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF
FLORIDA, MIAMI DIVISION

CASE NO. *97-f074-CIV-HURLEY*

*SHELL OIL CO*

      Plaintiff

vs.

*PERROTTA*

      Defendant.
_____/

## UNITED STATES DISTRICT COURT MEDIATION REPORT

    Pursuant to the court order/joint stipulation for mediation, a mediation conference was held on the __*26*__ day of __*MARCH*__, 19*98*. The following were present:

___*✓*___ 1. All plaintiffs and plaintiff trial counsel.
_____ 2. If plaintiff is not an individual, the representative who
        appeared had total authority.
___*✓*___ 3. All defendants and defense trial counsel.
_____ 4. If defendant is not an individual, the representative who
        appeared had total authority.

The result of the conference is as follows:

_____ The conflict has been completely resolved.  The parties
        are submitting a settlement agreement and/or notice of
        dismissal.

_____ The conflict has been partially resolved.  The parties
        are submitting a stipulation for the court's approval.
        Some issues still require court resolution: _____
        _____

___*✓*___ The parties have reached a total impasse; all issues
        require court action.

_____ The matter has been continued for further mediation.

_____ Other:_____
        _____
        _____

Case set for trial: __*ON DOCKET*_____

_____
Signature of Mediator

*PAUL S. LAWRENCE*

JUDGE PAUL. S. LAWRENCE , RET.
11627 Losano Drive
Boynton Beach, FL 33437-4923